UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,

CRIMINAL NO. 22-30211
Original District No 22MJ30211


DION HAYES,

F I L E D

MAY 0 5 2022

CLERK'S OFFICE
U.S. DISTRICT COURT

           Defendant.
_____/

## ORDER TRANSFERRING DEFENDANT TO ANSWER
## TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal,

for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal

Rules of Criminal Procedure, it is hereby ordered that **DION HAYES be transferred to**

**the Northern District of Georgia for further proceedings in the case of United**

**States v. DION HAYES** who has been ordered released pursuant to the Bail Reform

Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at

the following date/time**: TO BE DETERMINED.  DEFENDANT IS CURRENTLY IN**

**CUSTODY TO SERVE A SIX-MONTH FEDERAL SENTENCE.**


If defendant fails to appear as directed, he will be subject to arrest, revocation of

release, and detention, and he could be prosecuted and imprisoned for the crimes of

bond jumping or contempt of court.  *See* 18 U.S.C. Sections 3146, 3148.

_____
HONORABLE David R. Grand
United State Magistrate Judge

5/5/22